ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 8/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X
RYAN O'DELL,

Plaintiff,

- against -

VERITIV CORPORATION, ET AL.,

Defendants.
- - - - - - - - - - - - - - - - - - - - -X

23 Civ. 8212 (LLS)

ORDER

Plaintiff Ryan O'Dell commenced this action by filing a complaint on September 18, 2023. However, plaintiff did not issue summons for the defendants or file proof of service pursuant to Federal Rule of Civil Procedure 4. Accordingly, it is

ORDERED, that this action is dismissed without prejudice for failure to serve process pursuant to Rule 4(m). The Clerk of Court is directed to close this case.

Dated: New York, New York
August 27, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.